IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR -8 A 9:18

JEFFERY BAKER JR,

Petitioner,

vs.

RUSSELL THOMAS, And
TROY KING,
Alabama Attorney General

Respondents,

CASE NO. 2:06cv-201

## NOTICE AND MOTION FOR CHANGE IN ADDRESS

Comes now Jeffery Baker Jr, in the above styled cause and serves notice of a change in current mailing address. Plaintiff respectfully request that all future mail of the Court be addressed as follows:

Jeffery Baker Jr.,
1357 County Road 3348
Brundidge, Al 36010

Plaintiff moves the Honorable Court to change its records so as to reflect the correct mailing address in future correspondences to the undersigned. It is so prayed and respectfully submitted in good faith.

Done this 7th day of March 2006.

Jeffery Baker Jr.,
1357 Co. Rd. 3348
Brundidge, Al 36010
334-735-3548