Baker

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sheriff Russell Thomas
Pike County Jail
120 W. Church Street
Troy, AL 36081

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name) | C. Date of Delivery
Ryan Ellis | 3-15-06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2:06cv201 (pet/order 20 days)

2. Article Number
(Transfer from service label)

7005 1160 0001 2962 3519

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540