IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR -6 A 9: 35

JEFFERY BAKER JR,

Petitioner,

vs.   2:06-CV-201-MHT

RUSSELL THOMAS, *et, al.*,

Respondents.,

## OBJECTION(S) TO MAGISTRATE JUDGE VANZETTA PENN MCPHERSON ASSIGNMENT IN THE CASE(S)

Comes now petitioner in the above-styled cause, pro-se, unlearned in law subject to error, respectfully, and in good faith, and objects to Magistrate Vanzetta Penn McPherson assignments to all petitioner's case(s) in the Middle District of Alabama and submits the following in support of objection:

1. That Magistrate Judge Vanzetta Penn McPherson has been assigned responsibility to issue recommendations in all three of petitioner's cases pending in the United States District Court For the Middle District of Alabama, 2:06-CV-43-WHA, 2:06-CV-61-ID, 2:06-CV-201-MHT.

2. All three Middle District cases above-cited stems from Pike County Circuit Court Cases, CC-03-248 and CC-03-249.

3. Statistically, it is nearly impossible that Magistrate Judge McPherson may be consistently assigned in petitioner's cases stemming from the particular event occurring in Pike County on September 6, 2002.

4. Petitioner believes, based on the previous recommendations and orders of Magistrate McPherson, her impartially and objectivity in petitioner's cases are compromised.

5. Additionally, petitioner's cause calls into question certain court officials the magistrate continues to work with.

Wherefore, the Court should re-shuffle petitioner's cases on a rotating basis and allow the magistrate so chosen to issue recommendations in petitioner's cases. It is so prayed and Respectfully submitted in good faith.

Done this the 5th day of April 2006.

*Jeffery Baker*
Jeffery Baker Jr., Petitioner
1357 County Road 3348
Brundidge, Al 36010
334-735-3548

## CERTIFICATE OF SERVICE

I hereby certify that I have this day, April 5, 2006 served the forgoing on the Attorney of Record for the respondent in the above-styled cause by United States mail with postage pre-paid and affixed thereto and properly addressed to him as follows:

Mr. Cecil G. Brendle Jr.,
Assistant Attorney General
11 South Union Street
Montgomery, Al 36130-0152

*Jeffery Baker*
Jeffery Baker Jr,