IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|                              |   |                  |
|------------------------------|---|------------------|
| JEFFERY BAKER JR,            | * |                  |
|                              | * |                  |
| Petitioner,                  | * |                  |
|                              | * | 2:06-CV-201-MHT  |
| vs.                          | * |                  |
|                              | * |                  |
| RUSSELL THOMAS, *et, al.*,   | * |                  |
|                              | * |                  |
| Respondents.,                | * |                  |

## MOTION TO REPLY TO RESPONDENT'S ANSWER

Comes now petitioner in the above-styled cause, pro-se, unlearned in law therefore subject to error, respectfully, and in good faith and moves the Court, pursuant to Rule 5 (e) of section 28 U.S.C.A. 2254 for permission to reply to the Respondent's Answer, and as for grounds, the petitioner shows the following:

1.    Pursuant to Rule 5 (e) of the Habeas Corpus Rules, the petitioner may submit a reply to the respondent's answer or other pleading within a time fixed by the judge.

2.    In accordance with the said Rule, petitioner respectfully moves the court to fix the time within which petitioner may respond to respondent's answer.

3.    Respondent's will not be prejudiced by the Court granting the motion and setting the time by which petitioner should reply.

4.    By granting petitioner the opportunity to reply to the respondent's answer the ends of justice will be best served.

WHEREFORE, petitioner respectfully move the Court to fix the time within which petitioner may reply to respondent's answer. It is so prayed and respectfully submitted in good faith.

Done this the 5th day of April 2006.

Jeffery Baker Jr., Petitioner
1357 County Road 3348
Brundidge, Al 36010
334-735-3548


## CERTIFICATE OF SERVICE

I hereby certify that I have this day, April 5, 2006 served the forgoing on the Attorney of Record for the respondent in the above-styled cause by United States mail with postage pre-paid and affixed thereto and properly addressed to him as follows:


Mr. Cecil G. Brendle Jr.,
Assistant Attorney General
11 South Union Street
Montgomery, Al 36130-0152

Jeffery Baker Jr,