IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY BAKER, JR., | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv201-MHT |
| | ) | |
| RUSSELL THOMAS, et al., | ) | |
| | ) | |
|    Respondents. | ) | |

ORDER

It is ORDERED that petitioner's objections to assignment of case (doc. no. 10) are overruled.

It is further ORDERED that this cause is referred back to United State Magistrate Judge Vanzetta Penn McPherson for further appropriate proceedings.

DONE, this the 10th day of April, 2006.

                            /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE