IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JEFFERY BAKER, JR. | * |
| Petitioner, | * |
| v. | *   2:06-CV-201-MHT |
| RUSSELL THOMAS, *et al.*, | * |
| Respondents. | * |

_____

**O R D E R**

Upon review of the answer filed by Respondents on April 3, 2006 and as this response fails to address each of the grounds for relief presented by Petitioner, it is

ORDERED that on or before April 24, 2006 Respondents shall file a supplemental answer which addresses Petitioner's claim that his constitutional rights were violated because he was subjected to vindictive and/or selective prosecution.

Done this 11th day of April 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE