IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JEFFERY BAKER, JR.,            )
                               )
    Petitioner,                )
                               )
                               )      CIVIL ACTION NO.
    v.                         )      2:06cv201-MHT
                               )
RUSSELL THOMAS, et al.,        )
                               )
    Respondents.               )
```

## ORDER

The court having determined that there is no basis for recusal by the district judge and the magistrate judge in this case, it is ORDERED that petitioner's motion for disclosure (doc. no. 9) is denied.

It is further ORDERED that this cause is referred back to United State Magistrate Judge Vanzetta Penn McPherson for further appropriate proceedings.

DONE, this the 11th day of April, 2006.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE