IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JEFFERY BAKER, JR.,            )
                               )
        Petitioner,            )
                               )        CIVIL ACTION NO.
        v.                     )        2:06cv201-MHT
                               )
RUSSELL THOMAS, et al.,        )
                               )
        Respondents.           )

ORDER

It is ORDERED that the motion "to publish" (doc. no. 19) is denied.  The magistrate judge will handle this case in due course.

DONE, this the 29th day of November, 2006.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE