IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY BAKER JR, | * |
| Petitioner, | * |
| vs. | * 2:06-CV-201-MHT |
| RUSSELL THOMAS, *et, al.*, | * |
| Respondents., | * |

### NOTICE OF APPEAL

Notice is hereby given that the above named Petitioner appeals to the United States Court of Appeals for the Eleven Circuit from the final Judgment and order dismissing Petitioner's petition for Habeas Corpus relief entered the 27th day of May 2008.

Done this 3rd Day of June 2008.

*(signature)*
Jeffery Baker Jr, Petitioner
1357 County Road 3348
Brundidge, Alabama 36010
334-735-3548



Jeffery Baker Jr
357 County Road. 3348
Brundidge, Alabama 36010

MONTGOMERY AL 361
03 JUN 2008 PM 2 T

Clerk, U. S. District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101$0711