IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY BAKER JR, | * |
| Petitioner, | * |
| vs. | 2:06-CV-201-MHT |
| RUSSELL THOMAS, *et, al.*, | * |
| Respondents., | * |

## MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

Comes now Petitioner, pro-se, unlearned in law, respectful, and in good faith and moves the Honorable Court for an order allowing the Petitioner to proceed on Appeal without prepayment of fees, costs, or security therefore, and for grounds therefore submits the attached sworn affidavit in support of the motion.

Respectfully submitted this 3rd day of June 2008.

_____
Jeffery Baker Jr, Petitioner
1357 County Road 3348
Brundidge, Alabama 36010
334-735-3548

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

I, __Jeffery Baker Jr__, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )   NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. __June 18, 2007  $ 2500.00__

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   YES ( )   NO (X)

   B. Rent payments, interest, or dividends?   YES ( )   NO (X)

   C. Pensions, annuities, or life insurance payments?   YES ( )   NO (X)

   D. Gifts or inheritances?   YES ( )   NO (X)

   E. Any other sources?   YES (X)   NO ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. __V.A - Disability__

3. Do you own cash, or do you have money in a checking/savings account?
   YES ( )   NO (X)

   If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES (X)   NO ( )

   If the answer is YES, describe the property and state its approximate value. 1974 F-100 Ford P.U. $600.00

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

   _____
   Plaintiff

STATE OF ALABAMA
COUNTY OF _____

   Subscribed and sworn to before me on this _____ day of _____,
199__, at _____, Alabama.

   _____
   NOTARY PUBLIC in and for said County,
   in said State

(SEAL)

My commission expires _____.

OR

I declare under penalty of perjury that the foregoing is true and correct.
Executed on June 3, 2008.

   _____
   Plaintiff