IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JEFFERY BAKER, JR.,           )
                              )
      Petitioner,             )
                              )        CIVIL ACTION NO.
      v.                      )         2:06cv201-MHT
                              )
RUSSELL THOMAS, et al.,       )
                              )
      Respondents.            )
```

ORDER

This cause is now before the court on petitioner's notice of appeal (Doc. No. 25), which the court is treating as a motion for certificate of appealability.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 20th day of June, 2008.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE